UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| CARRY FIEL BAYLON | ) | CASE NO. 09-09353-8-JRL |
| ANGELICA MALANGYAON | ) | CHAPTER 13 |
| BAYLON | ) | |
| DEBTORS | | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

BROCK & SCOTT, PLLC, pursuant to Bankruptcy Rule 9010(b), hereby gives notice of appearance in this case as Counsel for Chase Home Finance LLC.

Pursuant to Bankruptcy Rule 2002, please mail all notices and other documents required to be served upon Creditors to said Attorney at the following address:

BROCK & SCOTT, PLLC
Sean M. Corcoran
Attorney at Law
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676

This, the 3rd day of November, 2009

/s/ Sean M. Corcoran_____
Sean M. Corcoran
Attorney at Law
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
Bar Number 33387