**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

|                                      |     |                        |
| ------------------------------------ | --- | ---------------------- |
|                                      | )   |                        |
| **IN RE:**                           | )   |                        |
| **KENT MAURICE MCCRIMMON**           | )   | **CASE NO.  09-81692** |
| **DEBORA ANN MCCRIMMON**             | )   | **CHAPTER 13**         |
| **DEBTORS**                          | )   |                        |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

BROCK & SCOTT, PLLC, pursuant to Bankruptcy Rule 9010(b), hereby gives notice of appearance in this case as Counsel for MetLife Home Loans, a Division of MetLife Bank, N.A..

Pursuant to Bankruptcy Rule 2002, please mail all notices and other documents required to be served upon Creditors to said Attorney at the following address:

BROCK & SCOTT, PLLC
Sean M. Corcoran
Attorney at Law
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676

This, the 4th day of November, 2009

/s/ Sean M. Corcoran_____
Sean M. Corcoran
Attorney at Law
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
Bar Number 33387